No. 71–1301. Brewster v. Charles et al. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–1321. Hanrahan v. Caliendo et al. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 71–1339. Republic National Bank of Dallas et al. v. Rodriguez et al. Appeal from D. C. W. D. Tex. dismissed. Treating the jurisdictional statement in this case as a motion for leave to file a brief as *amici curiae* on behalf of appellants in No. 71–1332 [*San Antonio Independent School District* v. *Rodriguez*, probable jurisdiction noted, *infra*], motion granted.

No. 71–982. Hall, Secretary of Human Relations Agency, et al. v. Villa et al. Sup. Ct. Cal. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Jefferson* v. *Hackney, ante*, p. 535.

No. A–1151. Dreer v. United States. C. A. 3d Cir. Application for recall of mandate and reinstatement of bail, presented to Mr. Justice Douglas, and by him referred to the Court, denied.

No. 71–1193. United States v. Enmons et al. Appeal from D. C. E. D. La. [Probable jurisdiction noted, *ante*, p. 916.] Motion to dispense with printing appendix and to hear case on original record granted.